UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 1

SBOT Technologies LLC

                      Plaintiff,

v.

UNITED STATES,
                      Defendant.

**S U M M O N S**

Court No. 1:25-cv-198

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| | | |
|---|---|---|
| Port(s) of Entry: | 0901, 3801, 3802, 4103 | Center (if known): CEE003 - Automotive & Aerospace |
| Protest Number: | 090125104634 | Date Protest Filed: February 25, 2025 |
| Importer: | SBOT Technologies LLC | Date Protest Denied: March 11, 2025 |
| Category of Merchandise: | Caper Cart mobile point-of-sale device | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See attached list | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Richard Mojica
Miller & Chevalier Chartered
900 16th Street, NW, Washington, DC 20006
(202) 626-1571
rmojica@milchev.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Caper Cart | 8716.80.5090, HTSUS (other vehicle) | 3.2% (general) 25.0% (Section 301) | 8470.50.0020, HTSUS (cash register) | 0.0% (general) 7.5% (Section 301) |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

The appropriate tariff classification of the Caper Cart mobile point-of-sale device. Protest was made against CBP's determination that the Caper Cart is classified under subheading 8716.80.50, HTSUS.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

September 5, 2025
_____
Date

## SCHEDULE OF PROTESTS

CEE003

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 090125104634 | 2/25/2025 | 3/11/2025 | 30047860566 | 10/05/2023 | 08/30/2024 | 0901 |
| | | | 30067129587 | 10/10/2023 | 09/06/2024 | 0901 |
| | | | 30067129595 | 10/10/2023 | 09/06/2024 | 0901 |
| | | | 30067280810 | 10/22/2023 | 09/13/2024 | 3802 |
| | | | 30067280968 | 10/22/2023 | 09/13/2024 | 3802 |
| | | | 30067368466 | 10/26/2023 | 09/20/2024 | 3801 |
| | | | 30067456733 | 11/01/2023 | 09/27/2024 | 3801 |
| | | | 30068065533 | 12/10/2023 | 11/01/2024 | 0901 |
| | | | 30068498387 | 01/12/2024 | 12/13/2024 | 0901 |
| | | | 30068498551 | 01/12/2024 | 12/13/2024 | 0901 |
| | | | 30068498627 | 01/12/2024 | 12/13/2024 | 0901 |
| | | | 30068505579 | 01/12/2024 | 12/13/2024 | 0901 |
| | | | 94900615421 | 01/30/2024 | 12/27/2024 | 0901 |
| | | | 30069032888 | 02/19/2024 | 01/17/2025 | 0901 |
| | | | 30069032938 | 02/19/2024 | 01/17/2025 | 0901 |
| | | | 30069033019 | 02/19/2024 | 01/17/2025 | 0901 |
| | | | 30069033035 | 02/19/2024 | 01/17/2025 | 0901 |
| | | | 30069069757 | 02/20/2024 | 01/17/2025 | 0901 |
| | | | 30069075762 | 02/21/2024 | 01/17/2025 | 0901 |
| | | | 30069075770 | 02/21/2024 | 01/17/2025 | 0901 |
| | | | 94900619464 | 02/15/2024 | 01/10/2025 | 0901 |
| | | | 94900619605 | 02/15/2024 | 01/10/2025 | 0901 |
| | | | 94900623227 | 03/05/2024 | 01/31/2025 | 3802 |
| | | | 94900623235 | 03/05/2024 | 01/31/2025 | 3802 |
| | | | 94900623243 | 03/05/2024 | 01/31/2025 | 3802 |
| | | | 94900623284 | 03/05/2024 | 01/31/2025 | 3802 |
| | | | 94900624589 | 03/07/2024 | 01/31/2025 | 0901 |
| | | | 94900624696 | 03/07/2024 | 01/31/2025 | 4103 |
| | | | 94900625297 | 03/10/2024 | 01/31/2025 | 3801 |
| | | | 94900625453 | 03/11/2024 | 01/31/2025 | 0901 |
| | | | 94900625461 | 03/11/2024 | 01/31/2025 | 0901 |
| | | | 94900626170 | 03/18/2024 | 02/07/2025 | 0901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)